**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S** |
| | ) | **MOTION FOR DEFAULT JUDGMENT** |
| vs. | ) | |
| | ) | |
| Dorathy D. Warner, | ) | Case No: 4:07-cv-078 |
| | ) | |
| Defendant. | ) | |

On February 7, 2008, the Government filed a "Motion for Entry of Default" and a "Motion for Judgment by Default." See Docket Nos. 5, 6. On January 16, 2008, the Government served a summons and complaint on Warner. See Docket No. 6-2. Such service appears to be in compliance with Rule 4(d) of the Federal Rules of Civil Procedure. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Warner had twenty (20) days to file an answer from the date of service. To date, Warner has not filed an answer and an appearance has not been made on her behalf. See Docket No. 6-2.

On February 11, 2008, the Clerk of Court entered default against Warner. The Government's Motion for Default Judgment is **GRANTED**. (Docket No. 6.) The Clerk of Court is directed to enter default judgment against the defendant, Dorathy D. Warner.

**IT IS SO ORDERED.**

Dated this 15th day of February, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court